1084

HIGHMOUNT OLYMPIC FUND, LLC, Plaintiff, v PIPE EQUITY PART-
NERS, LLC, et al., Defendants.

PIPE EQUITY PARTNERS, LLC, Appellant, v HIGHMOUNT OLYMPIC
FUND, LLC, Respondent.

Submitted August 20, 2012; decided October 25, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the consolidated action within the meaning of the Constitution.

In the Matter of LOUIS JACKSON, II, Appellant, v DEBBRA BEACH, Respondent.

Submitted August 6, 2012; decided October 25, 2012

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed so much of the Family Court order as denied appellant's petitions to enforce a prior Family Court order, dismissed upon the ground that such portion of the order does not finally determine the proceedings within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of NEW YORK STATE URBAN DEVELOPMENT CORPO-
RATION, Doing Business as EMPIRE STATE DEVELOPMENT
CORPORATION, Respondent, Relative to Acquiring in Fee
Simple Certain Real Property Currently Owned by Fallsite,
LLC, and Known as: 232 Sixth Street, 700 Rainbow Blvd.,
231 Sixth Street, 626 Rainbow Blvd., and 701 Falls Street,
City of Niagara Falls, Situated in the County of Niagara,
State of New York and Having, Respectively, the Following
Tax Sections, Blocks and Lots: 159.09-2-25.122, 159.09-2-
25.112, 159.09-2-25.121, 159.09-2-25.111 and 159.09-2-
25.211, Together with All Compensable Interests Therein
Currently Owned by FALLSITE, LLC, et al., Appellants.

Submitted August 20, 2012; decided October 25, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

NORWEST BANK MINNESOTA, NA, as Trustee for the Registered Holders of DJL COMMERCIAL MORTGAGE CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1999-CG-2, Plaintiff, v E.M.V. REALTY CORP. et al., Respondents, and RJR MECHANICAL, INC., Appellant, et al., Defendants.

Submitted August 13, 2012; decided October 25, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL THOMPSON, Appellant.

Submitted August 13, 2012; decided October 25, 2012

Motion to waive strict compliance with certain requirements concerning appellant's appendix herein granted to the extent that the appeal may be perfected upon 10 copies of the appendix.

ROCKY POINT DRIVE-IN, L.P., Appellant, v TOWN OF BROOKHAVEN et al., Respondents.

Submitted August 20, 2012; decided October 25, 2012

Motion by Long Island Builders Institute, Inc. for leave to appear amicus curiae on the motion for leave to appeal herein granted only to the extent that the proposed affirmation is accepted as filed, and for leave to appear amicus curiae on the appeal herein granted only to the extent that three copies of a brief may be served and 19 copies filed within 30 days.